**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1611**

JACOB E. QUEERN,

Plaintiff - Appellant,

v.

DEFENSE LOGISTICS AGENCY, (DLA), et al,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cv-00485-RBS-LRL)

Submitted:  February 25, 2021                    Decided:  March 8, 2021

Before MOTZ and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Jacob E. Queern, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacob E. Queern seeks to appeal the district court's orders granting his third motion to proceed in forma pauperis and disposing of several nondispositive motions.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949).  The orders Queern seeks to appeal are neither final orders nor appealable interlocutory or collateral orders.  Moreover, to the extent Queern seeks to cast his claims as a request for mandamus relief, he has not shown entitlement to that relief.  *See*, *e.g.*, *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018).  Accordingly, we dismiss the appeal for lack of jurisdiction and deny Queern's pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*